UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Harley Davidson Credit Corp.

In Re:

Marisol Stewart,

Debtor.

Case No.:        17-18200-MBK

Chapter:            13

Hearing Date:      7/11/2017

Judge:            Kaplan

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled            ☐ Withdrawn

Matter: Objection to Confirmation of Debtor's Chapter 13 Plan (Docket # 16)

Date: 7/6/2017

/s/ Denise Carlon
Signature

*rev.8/1/15*