| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2017 to 02/17/2018
**Chapter 13 Case No. 17-18200 / MBK**

| | |
|---|---|
| Marisol Stewart | Petition Filed Date: 04/21/2017 |
| 9 Conor Road | 341 Hearing Date: 06/15/2017 |
| Jackson  NJ    08527 | Confirmation Date: 09/26/2017 |

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/05/2017 | $2,808.00 | 39431860  - | 06/15/2017 | $2,808.00 | 40457570  - | 07/13/2017 | $2,808.00 | 41209070  - |
| 08/15/2017 | $2,808.00 | 42013150 | 10/06/2017 | $2,808.00 | 43444540 | 10/30/2017 | $1,500.00 | 43971630 |
| 11/06/2017 | $1,479.50 | 44183380 | 12/04/2017 | $2,000.00 | 44850580 | 12/28/2017 | $1,500.00 | 45418230 |
| 01/16/2018 | $2,500.00 | 45871270 | 01/29/2018 | $1,500.00 | 46221580 | 02/05/2018 | $1,480.00 | 46440310 |

**Total Receipts for the Period: $25,999.50   Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $25,999.50**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Marisol Stewart | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JAMES J CERBONE, ESQ | Attorney Fees | $1,860.00 | $1,860.00 | $0.00 |
| 1 | HARLEY-DAVIDSON CREDIT<br>»»  2013 HARLEY-DAVIDSON | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | WELLS FARGO OPERATIONS CENTER<br>»»  P/9 CONOR RD/2ND MTG\CRAM BAL | Unsecured Creditors | $93,496.05 | $0.00 | $93,496.05 |
| 3 | WELLS FARGO BANK, NA<br>»»  P/9 CONNOR RD/1ST MTG | Mortgage Arrears | $150,599.20 | $17,381.89 | $133,217.31 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE | Unsecured Creditors | $8,978.89 | $0.00 | $8,978.89 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/17/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $25,999.50 | Plan Balance: | $149,022.50 ** |
| Paid to Claims: | $19,241.89 | Current Monthly Payment: | $2,978.00 |
| Paid to Trustee: | $1,633.81 | Arrearages: | $122.50 |
| Funds on Hand: | $5,123.80 | Total Plan Base: | $175,022.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**