JAMES J. CERBONE, ESQUIRE - 4036
2430 HIGHWAY 34
BUILIDNG B, SUITE 22
WALL, NJ 08736
(732) 681-6800
Attorney for Debtor



**Order Filed on August 14, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

---

IN RE:

**MARISOL STEWART**

                CHAPTER 13
                CASE NO.:  17-18200 MBK

DEBTORS

---

### ORDER REINSTATING THE AUTOMATIC STAY AS TO WELLS FARGO HOME

### MORTGAGE

The relief set forth on the following page, numbered two (2) is **ORDERED**.

**DATED: August 14, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtors: Marisol Stewart

Case Number: 17-18200/MBK

Caption of Order:  Order Reinstating the Automatic Stay


**THIS MATTER,** being brought, before this court by James J. Cerbone, P.C. attorney for

Debtors, upon reading documents submitted and good cause being shown:


**ORDERED** that the automatic stay is reinstate to Wells Fargo Home Mortgage,

**IT IS FURTHER ORDERED** that the debtor shall remain current with her post-petition

payments to Wells Fargo Home Mortgage and that if post-petition delinquency is more than

thirty (30) days late, counsel shall file a Certification of Default with the Court, a copy of which

shall be sent to the Chapter 13 trustee, Debtors and Debtors' attorney and the court shall enter an

Order granting relief from the automatic stay.