JAMES J. CERBONE, ESQUIRE - 4036
2430 HIGHWAY 34
BUILIDNG B, SUITE 22
WALL, NJ 08736
(732) 681-6800
Attorney for Debtor

**Order Filed on August 14, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

IN RE:

**MARISOL STEWART**

CHAPTER 13
CASE NO.:  17-18200 MBK

DEBTORS

**ORDER REINSTATING THE AUTOMATIC STAY AS TO WELLS FARGO HOME MORTGAGE**

The relief set forth on the following page, numbered two (2) is **ORDERED**.

**DATED: August 14, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtors: Marisol Stewart

Case Number: 17-18200/MBK

Caption of Order: Order Reinstating the Automatic Stay

**THIS MATTER,** being brought, before this court by James J. Cerbone, P.C. attorney for Debtors, upon reading documents submitted and good cause being shown:

**ORDERED** that the automatic stay is reinstate to Wells Fargo Home Mortgage,

**IT IS FURTHER ORDERED** that the debtor shall remain current with her post-petition payments to Wells Fargo Home Mortgage and that if post-petition delinquency is more than thirty (30) days late, counsel shall file a Certification of Default with the Court, a copy of which shall be sent to the Chapter 13 trustee, Debtors and Debtors' attorney and the court shall enter an Order granting relief from the automatic stay.

United States Bankruptcy Court
District of New Jersey

In re:  
Marisol Stewart  
      Debtor

Case No. 17-18200-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Aug 15, 2018  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2018.  
db         +Marisol Stewart,   9 Conor Road,   Jackson, NJ 08527-3781

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2018                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2018 at the address(es) listed below:  
           Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com  
           Albert  Russo   docs@russotrustee.com  
           Denise E. Carlon   on behalf of Creditor   Harley-Davidson Credit Corp dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           James J. Cerbone   on behalf of Debtor Marisol  Stewart cerbonelawfirm@aol.com  
           U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
           William M.E. Powers   on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com  
           William M.E. Powers, III   on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com  
                                                                                 TOTAL: 7