| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2018 to 12/31/2018
**Chapter 13 Case No. 17-18200 / MBK**

Marisol Stewart

Petition Filed Date: 04/21/2017
341 Hearing Date: 06/15/2017
Confirmation Date: 09/26/2017

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/16/2018 | $2,500.00 | 45871270 | 01/29/2018 | $1,500.00 | 46221580 | 02/05/2018 | $1,480.00 | 46440310 |
| 03/09/2018 | $2,000.00 | 47412680 | 03/18/2018 | $950.00 | 47557750 | 04/16/2018 | $1,500.00 | 48359390 |
| 04/20/2018 | $1,500.00 | 48479250 | 05/07/2018 | $2,000.00 | 48967660 | 05/11/2018 | $978.00 | 49076400 |
| 06/04/2018 | $2,978.00 | 49670650 | 06/18/2018 | $1,000.00 | 49977210 | 06/20/2018 | $1,978.00 | 50048710 |
| 07/18/2018 | $2,000.00 | 50801280 | 07/23/2018 | $980.00 | 50835570 | 08/08/2018 | $2,000.00 | 51387730 |
| 08/09/2018 | $2,000.00 | 51387730 | 08/09/2018 | ($2,000.00) | 51387730 | 08/13/2018 | $978.00 | 51465850 |
| 09/04/2018 | $1,978.00 | 51954100 | 09/10/2018 | $1,000.00 | 52211580 | 09/24/2018 | $1,978.00 | 52538860 |
| 10/09/2018 | $1,500.00 | 52984790 | 10/24/2018 | $1,250.00 | 53341430 | 11/09/2018 | $1,623.00 | 53828420 |
| 12/03/2018 | $2,873.00 | 54364000 | | | | | | |

**Total Receipts for the Period: $38,524.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $59,043.50**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Marisol Stewart | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JAMES J CERBONE, ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $1,860.00 | $1,860.00 | $0.00 |
| 1 | HARLEY-DAVIDSON CREDIT<br>»»  2013 HARLEY-DAVIDSON\ORDER 7/13/2017 | Debt Secured by Vehicle<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 2 | WELLS FARGO OPERATIONS CENTER<br>»»  P/9 CONOR RD/2ND MTG\CRAM BAL | Unsecured Creditors | $93,496.05 | $0.00 | $93,496.05 |
| 3 | WELLS FARGO BANK, NA<br>»»  P/9 CONNOR RD/1ST MTG | Mortgage Arrears | $146,824.20 | $51,865.60 | $94,958.60 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE | Unsecured Creditors | $8,978.89 | $0.00 | $8,978.89 |
| 0 | JAMES J CERBONE, ESQ<br>»»  ORDER 11/15/18 | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $59,043.50 | Plan Balance: | $114,982.00 ** |
| Paid to Claims: | $55,225.60 | Current Monthly Payment: | $2,873.00 |
| Paid to Trustee: | $3,817.90 | Arrearages: | ($898.50) |
| Funds on Hand: | $0.00 | Total Plan Base: | $174,025.50 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**