Office Mailing Address:                                                                Send Payments **ONLY** to:
Albert Russo, Trustee                                                                       Albert Russo, Trustee
CN 4853                                                                                                  PO Box 933
Trenton, NJ  08650                                                                 Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 17-18200 / MBK**

Marisol Stewart                                                                Petition Filed Date: 04/21/2017
                                                                                         341 Hearing Date: 06/15/2017
                                                                                     Confirmation Date: 09/26/2017

Case Status: Open / Confirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/23/2019 | $2,873.00 | 55621330 | 02/20/2019 | $2,400.00 | 56354930 | 02/28/2019 | $474.00 | 56547270 |
| 03/28/2019 | $2,000.00 | 57357100 | 04/08/2019 | $873.00 | 57644980 | 04/09/2019 | $1,000.00 | 57725330 |
| 05/09/2019 | $1,373.00 | 58483990 | 05/20/2019 | $1,500.00 | 58713510 | 06/04/2019 | $1,000.00 | 59153480 |
| 06/24/2019 | $1,373.00 | 59586870 | 07/12/2019 | $1,100.00 | 60099240 | 07/16/2019 | $1,300.00 | 60148340 |
| 07/30/2019 | $1,100.00 | 60458630 | 08/15/2019 | $2,100.00 | 60965380 | 08/26/2019 | $1,300.00 | 61205810 |
| 09/30/2019 | $1,700.00 | 62100420 | 10/17/2019 | $1,100.00 | 62582350 | 10/22/2019 | $1,100.00 | 62695290 |
| 10/30/2019 | $1,000.00 | 62888180 | 11/04/2019 | $2,100.00 | 63055180 | 11/18/2019 | $1,000.00 | 63347700 |
| 12/11/2019 | $1,040.00 | 63962660 | 12/23/2019 | $1,400.00 | 64152550 | 12/23/2019 | $442.00 | 64200150 |
| 12/30/2019 | $1,700.00 | 64395950 | | | | | | |

**Total Receipts for the Period: $34,348.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $95,244.50**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | **CLAIMS AND DISTRIBUTIONS** | | | | |
| 0 | Marisol Stewart | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JAMES J CERBONE, ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $1,860.00 | $1,860.00 | $0.00 |
| 1 | HARLEY-DAVIDSON CREDIT<br>»» 2013 HARLEY-DAVIDSON\ORDER 7/13/2017 | Debt Secured by Vehicle<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 2 | WELLS FARGO OPERATIONS CENTER<br>»» P/9 CONOR RD/2ND MTG\CRAM BAL | Unsecured Creditors | $93,496.05 | $0.00 | $93,496.05 |
| 3 | MTGLQ INVESTORS<br>»» P/9 CONNOR RD/1ST MTG/WELLS FARGO | Mortgage Arrears | $146,824.20 | $84,138.31 | $62,685.89 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE | Unsecured Creditors | $8,978.89 | $0.00 | $8,978.89 |
| 0 | JAMES J CERBONE, ESQ<br>»» ORDER 11/15/18 | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |

**Chapter 13 Case No. 17-18200 / MBK**

---

**SUMMARY**

---

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $95,244.50 | Plan Balance: | $78,781.00 ** |
| Paid to Claims: | $87,498.31 | Current Monthly Payment: | $2,873.00 |
| Paid to Trustee: | $6,026.61 | Arrearages: | $249.50 |
| Funds on Hand: | $1,719.58 | Total Plan Base: | $174,025.50 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**