| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/24/2021
**Chapter 13 Case No. 17-18200 / MBK**

Marisol Stewart

Petition Filed Date: 04/21/2017
341 Hearing Date: 06/15/2017
Confirmation Date: 09/26/2017

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/15/2020 | $873.00 | 64829940 | 01/31/2020 | $980.00 | 65190400 | 02/13/2020 | $1,000.00 | 65569670 |
| 03/04/2020 | $1,030.00 | 66131980 | 03/10/2020 | $1,300.00 | 66288350 | 03/27/2020 | $1,000.00 | 66643530 |
| 04/13/2020 | $1,700.00 | 67019850 | 05/01/2020 | $1,400.00 | 67525200 | 05/05/2020 | $1,700.00 | 67679690 |
| 06/01/2020 | $2,700.00 | 68263030 | 06/24/2020 | $1,500.00 | 68854150 | 07/20/2020 | $2,100.00 | 69481770 |
| 07/29/2020 | $1,500.00 | 69724790 | 08/31/2020 | $1,900.00 | 70454770 | 09/11/2020 | $1,200.00 | 70789420 |
| 10/05/2020 | $2,400.00 | 71362820 | 11/09/2020 | $1,100.00 | 72202100 | 11/09/2020 | $400.00 | 72203920 |
| 11/23/2020 | $500.00 | 72521790 | 01/04/2021 | $4,900.00 | 73434370 | 01/14/2021 | $3,000.00 | 73801380 |
| 02/19/2021 | $2,000.00 | 74632280 | | | | | | |

**Total Receipts for the Period:  $36,183.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $129,574.50**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Marisol Stewart | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | James J. Cerbone, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $1,860.00 | $1,860.00 | $0.00 |
| 1 | HARLEY-DAVIDSON CREDIT<br>»»  2013 HARLEY-DAVIDSON\ORDER 7/13/2017 | Debt Secured by Vehicle<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 2 | WELLS FARGO OPERATIONS CENTER<br>»»  P/9 CONOR RD/2ND MTG\CRAM BAL | Unsecured Creditors | $93,496.05 | $0.00 | $93,496.05 |
| 3 | MTGLQ INVESTORS<br>»»  P/9 CONNOR RD/1ST MTG/WELLS FARGO | Mortgage Arrears | $146,824.20 | $108,109.73 | $38,714.47 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE | Unsecured Creditors | $8,978.89 | $0.00 | $8,978.89 |
| 0 | James J. Cerbone, Esq.<br>»»  ORDER 11/15/18 | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |

**Chapter 13 Case No. 17-18200 / MBK**

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/24/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $129,574.50 | Plan Balance: | $44,451.00 ** |
| Paid to Claims: | $111,469.73 | Current Monthly Payment: | $2,873.00 |
| Paid to Trustee: | $8,808.67 | Arrearages: | $395.50 |
| Funds on Hand: | $9,296.10 | Total Plan Base: | $174,025.50 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at <u>www.ndc.org</u>.**

**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.