Office Mailing Address:

Albert Russo, Trustee
PO Box 4853
Trenton, NJ  08650-4853

Send Payments **ONLY** to:

Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 17-18200 / MBK**

Marisol Stewart

Petition Filed Date: 04/21/2017
341 Hearing Date: 06/15/2017
Confirmation Date: 09/26/2017

Case Status: Open / Confirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2021 | $4,900.00 | 73434370 | 01/14/2021 | $3,000.00 | 73801380 | 02/19/2021 | $2,000.00 | 74632280 |
| 03/08/2021 | $1,600.00 | 75061190 | 03/22/2021 | $6,000.00 | 75412260 | 04/05/2021 | $2,873.00 | 75724130 |
| 05/19/2021 | $1,800.00 | 76807390 | 07/27/2021 | $2,100.00 | 78359970 | 09/13/2021 | $2,625.00 | 79410430 |
| 10/28/2021 | $2,873.00 | 80408800 | 11/04/2021 | $2,873.00 | 80631840 | 11/12/2021 | $6,200.00 | 80762630 |
| 11/18/2021 | $183.00 | 80909100 | 01/10/2022 | $1,900.00 | 82009870 | 02/01/2022 | $1,000.00 | 82479060 |

**Total Receipts for the Period: $41,927.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $161,601.50**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Marisol Stewart | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | James J. Cerbone, Esq. <br>»» ATTY DISCLOSURE | Attorney Fees | $1,860.00 | $1,860.00 | $0.00 |
| 1 | HARLEY-DAVIDSON CREDIT <br>»» 2013 HARLEY-DAVIDSON\ORDER 7/13/2017 | Debt Secured by Vehicle <br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 2 | WELLS FARGO OPERATIONS CENTER <br>»» P/9 CONOR RD/2ND MTG\CRAM BAL | Unsecured Creditors | $93,496.05 | $0.00 | $93,496.05 |
| 3 | MTGLQ INVESTORS <br>»» P/9 CONNOR RD/1ST MTG/WELLS FARGO | Mortgage Arrears | $146,824.20 | $144,354.28 | $2,469.92 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES <br>»» CAPITAL ONE | Unsecured Creditors | $8,978.89 | $0.00 | $8,978.89 |
| 0 | James J. Cerbone, Esq. <br>»» ORDER 11/15/18 | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |

**Chapter 13 Case No. 17-18200 / MBK**

| SUMMARY | | |
|---|---|---|

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $161,601.50 | Plan Balance: | $12,424.00 ** |
| Paid to Claims: | $147,714.28 | Current Monthly Payment: | $2,873.00 |
| Paid to Trustee: | $11,230.82 | Arrearages: | $2,844.50 |
| Funds on Hand: | $2,656.40 | Total Plan Base: | $174,025.50 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

**View your case information online for _FREE_!  Register today at www.ndc.org or scan this code to get started.**



 **\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**