Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−18200−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marisol Stewart
   9 Conor Road
   Jackson, NJ 08527

Social Security No.:
   xxx−xx−5237

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 3/23/22 at 09:00 AM

to consider and act upon the following:

*60* − Creditor's Certification of Default (related document:42 Order on Motion to Reinstate Stay) filed by Denise E. Carlon on behalf of US Bank Trust National Association as Trustee of Dwelling Series IV Trust. Objection deadline is 02/28/2022. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 2/28/22

                                          Jeanne Naughton
                                          Clerk, U.S. Bankruptcy Court