UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**
Denise Carlon, Esq.
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (609) 250-0700
dcarlon@kmllawgroup.com
Attorneys for the Secured Creditor
US Bank Trust National Association As Trustee of
Dwelling Series IV Trust

**Order Filed on March 23, 2022**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In re:
Marisol Stewart
                    Debtor

Michael Stewart
                    Co-Debtor

Case No:        17-18200 MBK
Chapter: 13
Judge:  Michael B. Kaplan

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|
| | | |

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: March 23, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of  US Bank Trust National Association as Trustee of Dwelling Series IV

Trust, under Bankruptcy Code section 362(a) and 1301 (c) for relief from the automatic stay as to

certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume

and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to

pursue the movant's rights in the following:

■        Real Property More Fully Described as:

**Land and premises commonly known as        9 Conor Rd, Jackson NJ 08527**

☐        Personal Property More Fully Describes as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in

this case as defendants in its action(s) irrespective of any conversion to any other chapter of the

Bankruptcy Code.

It is further ORDERED that the co-debtor stay is vacated.

The movant shall serve this order on the debtor, any trustee and any other party who

entered an appearance on the motion.