| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Marisol Stewart**<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–5237<br>EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  \_ \_ \_ \_<br>EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–18200–MBK | |

## Order of Discharge                                                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Marisol Stewart

<u>8/4/22</u>                                                                  **By the court:** <u>Michael B. Kaplan</u>
                                                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Marisol Stewart  
    Debtor

Case No. 17-18200-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2  
Date Rcvd: Aug 04, 2022     Form ID: 3180W     Total Noticed: 14

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marisol Stewart, 9 Conor Road, Jackson, NJ 08527-3781 |
| cr | + | U.S. Bank Trust National Association as trustee of, P.O. Box 55004, Irvine, CA 92619-5004 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 04 2022 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 04 2022 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516782249 | + | EDI: CAPITALONE.COM | Aug 05 2022 00:33:00 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 516812423 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Aug 04 2022 20:37:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 518465670 | + | Email/Text: bkenotice@rushmorelm.com | Aug 04 2022 20:37:00 | MTGLQ Investors, LP, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708, MTGLQ Investors, LP, c/o Rushmore Loan Management Services 92619-2708 |
| 518465669 | | Email/Text: bkenotice@rushmorelm.com | Aug 04 2022 20:37:00 | MTGLQ Investors, LP, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 517063214 | | EDI: PRA.COM | Aug 05 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 516852824 | + | EDI: RMSC.COM | Aug 05 2022 00:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516782250 | + | EDI: WFHOME | Aug 05 2022 00:33:00 | Wells Fargo Bank, PO Box 10335, Des Moines, IA 50306-0335 |
| 516952517 | + | EDI: WFHOME | Aug 05 2022 00:33:00 | Wells Fargo Bank, N.A., Attn: Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 516887784 | + | EDI: WFHOME | Aug 05 2022 00:33:00 | Wells Fargo Bank, N.A., 1 Home Campus X2303-01A, Des Moines IA 50328-0001 |
| 516782251 | + | EDI: WFHOME | Aug 05 2022 00:33:00 | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 12

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 04, 2022 | Form ID: 3180W | Total Noticed: 14 |

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2022        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2022 at the address(es) listed below:

**Name**          **Email Address**

Albert Russo
  on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
  docs@russotrustee.com

Denise E. Carlon
  on behalf of Creditor US Bank Trust National Association as Trustee of Dwelling Series IV Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Denise E. Carlon
  on behalf of Creditor MTGLQ Investors  LP dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
  on behalf of Creditor U.S. Bank Trust National Association as trustee of Tiki Series IV Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Denise E. Carlon
  on behalf of Creditor U.S. Bank Trust National Association as trustee of Tiki Series IV Trust c/o Rushmore loan Management Services LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Denise E. Carlon
  on behalf of Creditor Harley-Davidson Credit Corp dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

James J. Cerbone
  on behalf of Debtor Marisol Stewart cerbonelawfirm@aol.com  cerbonejr83307@notify.bestcase.com

Kevin Gordon McDonald
  on behalf of Creditor MTGLQ Investors  LP kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

U.S. Trustee
  USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers
  on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com

William M.E. Powers, III
  on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com

TOTAL: 12